IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEBRA HARRIS,

                        Plaintiff,                              ORDER

            v.                                          06-cv-068-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                        Defendant.

---

Because Judge Shabaz will be convalescing from shoulder surgery for an extended
period of time, I have assumed administration of the cases previously assigned to him,
including this one.  On June 14, 2006, Judge Shabaz granted the parties stipulated motion
to remand this case to the commissoner.  On November 8, 2006, Judge Shabaz awarded
plaintiff attorney fees and costs in the amount of $5,200.81 under the Equal Access to
Justice Act.  On April 24, 2008, plaintiff was granted social security benefits as of her alleged
onset date, October 31, 2001.

Now plaintiff Debra Harris has filed a motion pursuant to 42 U.S.C. § 406(b) asking
this court to approve the payment of attorney fees to her attorney, Dana Duncan, in the
amount of $6.848.19.  This amount represents 25 percent of plaintiff's past-due benefits
awarded by the Social Security Administration with an off-set of the $5,200.81 already
awarded to counsel.  Having considered the motion and supporting materials filed by

plaintiff's attorney, and hearing no objection from plaintiff or defendant, I will grant the motion.  The fees requested by Duncan are reasonable in light of the time he spent on this case and the favorable result he obtained for plaintiff.


ORDER

IT IS ORDERED that plaintiff's motion for an order approving an award of attorney fees pursuant to 42 U.S.C. § 406(b) is GRANTED.  Plaintiff's attorney, Dana Duncan, is entitled to attorney fees in the amount of $6,848.19, which represents 25 percent of plaintiff's past-due benefits awarded by the Social Security Administration, less an off-set of $5,200.81.

Entered this 25th day of November, 2008.

BY THE COURT:


/s/

_____
BARBARA B. CRABB
District Judge

2